# In The United States Court of Federal Claims

No. 13-306C

(Filed: September 17, 2013)
_____

COMPLETE BUILDING CORPORATION,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

    On September 16, 2013, plaintiff filed an unopposed motion for extension of time to reply to defendant's partial motion to dismiss.  Plaintiff requested a 30 day extension of time but did not state the grounds for the request.

    Paragraph 7(a) of the July 26, 2013, Special Procedures Order states that "[r]equests for enlargement should be filed as early as possible, generally at least five business days in advance."  It also requires that each request for an enlargement of time specify the grounds.

    Because plaintiff has failed to state the grounds for the request and because plaintiff did not file the request sufficiently in advance, the motion for extension of time is hereby **DENIED**.

    Plaintiff's response to defendant's partial motion to dismiss was due September 16, 2013.  Plaintiff may file a request for extension out of time, provided that it complies with the Special Procedure's Order.  *See* SPO ¶ 7(a).

    **IT IS SO ORDERED.**

                                                 s/ Francis M. Allegra
                                                 Francis M. Allegra
                                                 Judge